## Lombardi et ux. v. DeMasi, Appellant.

Argued October 9, 1946. Before BALDRIGE, P. J., RHODES, HIRT, RENO, DITHRICH, ROSS and ARNOLD, JJ.

*Maurice M. Green,* for appellant.

*Henry Panfil,* with him *Moore, Gossling & Panfil,* for appellees.

PER CURIAM, October 10, 1946:

Judgment in ejectment was confessed against defendant-appellant who, under a written lease, was tenant of the owner. The owner sold the premises to plaintiffs-appellees and assigned the lease to them. The court below refused to open the judgment, and defendant appealed alleging that the assignment was to only one of the plaintiffs, who are husband and wife, although the copy of the assignment shows the contrary. The appeal has no merit, and the judgment is affirmed.